**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 5, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ESTEBAN CORNELIO-LEGARDA,

Defendant - Appellant.

No. 20-8033
(D.C. No. 2:07-CR-00239-SWS-1)
(D. Wyo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **CARSON**, Circuit Judges.
_____

This matter is before the court on the government's *Unopposed Motion to Remand for Further Proceedings*, by which it requests that this appeal be remanded to the U.S. District Court for the District of Wyoming for further proceedings consistent with this court's decisions in *United States v. McGee*, No. 20-5047 (10th Cir. Mar. 29, 2021), and *United States v. Maumau*, No. 20-4056 (10th Cir. Apr. 1, 2021).

Upon consideration, the court grants the motion, dismisses this appeal, and remands the case to the district court for further proceedings consistent with *United*

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

*States v. McGee*, No. 20-5047 (10th Cir. Mar. 29, 2021), and *United States v. Maumau*, No. 20-4056 (10th Cir. Apr. 1, 2021), including, if appropriate, vacating the May 27, 2020 Order Dismissing Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

The mandate shall issue forthwith.

Entered for the Court

Per Curiam